**Order entered December 12, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01037-CV

## IN RE JUAN GUERRA AND JUAN DELTORO, Relators

**Original Proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-1607967**

## ORDER
Before Justices Lang, Myers, and Whitehill

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus. We **ORDER** relators to bear the costs, if any, of this original proceeding.

/s/      BILL WHITEHILL
         JUSTICE